FILED

10 JUL -8 AM 8:33

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| UNITED STATES OF AMERICA, | Criminal Case No. 07CR0031-BTM |
|---|---|
| Plaintiff, | |
| vs. | ORDER RE: CJA VOUCHER |
| CARMEN DeLEON-MARTINEZ, | |
| Defendant. | |

    This matter came before the court on the application of Carolyn L. Oliver, Esq. for approval of her CJA voucher in the amount of $2,562.50 in fees, plus expenses in the amount of $120.00 for representing an individual in connection with a supervised release violation. 18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation of a defendant for a supervised release violation is $2100 unless the court finds that the representation was extended or complex.

    After reviewing the record and Ms. Oliver's letter dated June 28, 2010, which is attached to the voucher, the court finds that the representation was in an extended or complex case and that the amount requested is necessary to provide fair compensation. See 18 U.S.C. § 3006(A)(d)(3). Therefore the district court approves the voucher in the total amount of $2,682.50.

    Approval of such payment by the Chief Judge of the Ninth Circuit, or one of his delegates, is also necessary.

**IT IS SO ORDERED.**

Dated: July 7, 2010

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

07cr0031